UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD KING, | Case No. 19-cv-08201-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RON DAVIS, et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 12, 2020

SUSAN ILLSTON
United States District Judge